UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   18-04427 |
| Castro, Francisco | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at

> 10:30 a.m. on     November 14, 2018
> in Courtroom 744, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL 60604

Date Mailed:   10/16/2018          By :   /s/ Joseph A. Baldi
                                          Trustee

Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602

UST Form 101-7-NFR (10/1/2010)(Page 1 )

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Castro, Francisco                                    Case No. 18-04427

Debtors(s)

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 5,000.00 |
| and approved disbursements of | $ 30.00 |
| leaving a balance on hand of: | $ 4,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: Joseph A. Baldi | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 1,551.00 | $ 0.00 | $ 1,551.00 |

Total to be paid for chapter 7 administrative expenses                          $ 2,801.00
Remaining Balance                                                               $ 2,169.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)(Page 2 )

Certificate of Notice  Page 3 of 4

Timely claims of general (unsecured) creditors totaling $49,856.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 5,558.28 | $ 0.00 | $ 241.81 |
| 00002 | Capital One Bank (USA), N.A. by | $ 2,059.08 | $ 0.00 | $ 89.58 |
| 00003 | Capital One Bank (USA), N.A. by | $ 760.97 | $ 0.00 | $ 33.11 |
| 00004 | American Express Bank FSB c/o Becket | $ 854.60 | $ 0.00 | $ 37.18 |
| 00005 | UNITED STATES DEPARTMENT OF | $ 38,966.02 | $ 0.00 | $ 1,695.19 |
| 00006 | Department Stores National Bank c/o | $ 1,658.02 | $ 0.00 | $ 72.13 |

Total to be paid to timely general unsecured creditors   $ 2,169.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:   /s/ Joseph A. Baldi
                         Trustee

Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Francisco Castro  
     Debtor  

Case No. 18-04427-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cshabez              Page 1 of 1                  Date Rcvd: Oct 16, 2018
                              Form ID: pdf006            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
```
db             +Francisco Castro,    4200 N. Troy Street,    Chicago, IL 60618-2414
aty           #+Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,   Chicago,, IL 60602-4120
26865013        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
26998626        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
26878460        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26831825        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:12:47
                 Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
26799453        E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:15:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
```
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@iq7technology.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@iq7technology.com
              Joseph A Baldi, Tr    on behalf of Attorney   Baldi Berg, Ltd. jabaldi@baldiberg.com,
               jbaldi@iq7technology.com
              Michael J Gunderson    on behalf of Debtor 1 Francisco  Castro bankruptcy@chicago.com,
               lopez@gundersonfirm.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```