UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Castro, Francisco | § | Case No. 18-04427 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $6,600.00 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $2,169.00 | Claims Discharged |
| | Without Payment: $98,966.18 |
| Total Expenses of Administration: $2,831.00 | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $2,831.00 | $2,831.00 | $2,831.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $100,575.21 | $49,856.97 | $49,856.97 | $2,169.00 |
| **TOTAL DISBURSEMENTS** | $100,575.21 | $52,687.97 | $52,687.97 | $5,000.00 |

4) This case was originally filed under chapter 7 on 02/19/2018. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    01/14/2019                              By :    /s/ Joseph A. Baldi

                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2008 Honda Pilot (approx. 141000 miles) Co-owned with Adriana | 1129-000 | $2,100.00 |
| 2013 Chevy Malibu (approx. 38000 miles) | 1129-000 | $2,900.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Baldi Berg, Ltd | 3110-000 | NA | $1,551.00 | $1,551.00 | $1,551.00 |
| Texas Capital Bank | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,831.00 | $2,831.00 | $2,831.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | Department Stores National | 7100-000 | $1,658.00 | $1,658.02 | $1,658.02 | $72.13 |
| 00005 | UNITED STATES DEPARTMENT | 7100-000 | $38,880.00 | $38,966.02 | $38,966.02 | $1,695.19 |
| 00004 | American Express Bank FSB c/o | 7100-000 | $496.00 | $854.60 | $854.60 | $37.18 |
| 00003 | Capital One Bank (USA), N.A. by | 7100-000 | $727.00 | $760.97 | $760.97 | $33.11 |
| 00002 | Capital One Bank (USA), N.A. by | 7100-000 | $2,059.00 | $2,059.08 | $2,059.08 | $89.58 |
| 00001 | Discover Bank Discover Products | 7100-000 | $5,477.00 | $5,558.28 | $5,558.28 | $241.81 |
| | Bk Of Amer | | $5,743.00 | NA | NA | $0.00 |
| | Chase Card | | $7,127.00 | NA | NA | $0.00 |
| | Chase Card | | $6,073.00 | NA | NA | $0.00 |
| | Chase Card | | $11,334.00 | NA | NA | $0.00 |
| | Chase Card | | $5,166.00 | NA | NA | $0.00 |
| | Chase Card | | $4,888.00 | NA | NA | $0.00 |
| | Chase Card | | $1,368.00 | NA | NA | $0.00 |
| | Nordstrom/td Bank Usa | | $6,153.00 | NA | NA | $0.00 |
| | Northwestern Medicine | | $69.75 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T-Mobile | | $3,356.46 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,575.21 | $49,856.97 | $49,856.97 | $2,169.00 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **18-04427**

Case Name:  **Castro, Francisco**

For Period Ending:  **01/14/2019**

Judge:  **Timothy A. Barnes**

Trustee Name:  **Joseph A. Baldi**

Date Filed (f) or Converted (c):  **02/19/2018 (f)**

341(a) Meeting Date:  **03/22/2018**

Claims Bar Date:  **08/31/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  2008 Honda Pilot (approx. 141000 miles) Co-owned with Adriana Castro | 4,500.00 | 2,100.00 | | 2,100.00 | FA |
| 2.  2013 Chevy Malibu (approx. 38000 miles) | 8,500.00 | 2,900.00 | | 2,900.00 | FA |
| 3.  Electronics | 300.00 | 0.00 | | 0.00 | FA |
| 4.  Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Checking account with Bank of America | 50.00 | 0.00 | | 0.00 | FA |
| 6.  Checking account with Chase | 50.00 | 0.00 | | 0.00 | FA |
| 7.  Savings account with Bank of America | 0.00 | 0.00 | | 0.00 | FA |

**Gross Value of Remaining Assets**

**TOTALS (Excluding Unknown Values)**          13,600.00          5,000.00                    5,000.00          0.00

Re Prop. #1  **Equity sold back to debtor pursuant to this Court's order dated 6/20/18 [Dkt. 22]**
Re Prop. #2  **Equity sold back to debtor pursuant to this Court's order dated 6/20/18 [Dkt. 22]**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**September 6, 2018 - Trustee has reviewed claims and is preparing his TFR for submission to the UST.**

**July 10, 2018 - Trustee sold the equity in two vehicles back to the Debtor, pursuant this Court's order dated June 20, 2018 [Dkt. 22], for the total price of $5,000.00 payable in installments.  Debtor has paid $4,500 of purchase price and the final payment is due 2019.  Claims bar date is fixed as August 31, 2018.  Upon collecting all payments due, Trustee will prepare his TFR.**

**Exhibit 8**

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 18-04427                    **Judge:** Timothy A. Barnes                    **Trustee Name:** Joseph A. Baldi
**Case Name:** Castro, Francisco                    **Date Filed (f) or Converted (c):** 02/19/2018 (f)
                                                                    **341(a) Meeting Date:** 03/22/2018
**For Period Ending:** 01/14/2019                    **Claims Bar Date:** 08/31/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2019          **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**          /s/Joseph A. Baldi                    **Date:**   01/14/2019
                                 Joseph A. Baldi
                                 P.O. Box 2399
                                 Glen Ellyn, IL 60138-2399
                                 Phone : (312) 726-8150

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** | 18-04427 | |
| **Case Name:** | Castro, Francisco | |
| **Taxpayer ID No:** | **-***4210 | |
| **For Period Ending:** | 1/14/2019 | |

| | | |
|---|---|---|
| **Trustee Name:** | Joseph A. Baldi | |
| **Bank Name:** | Texas Capital Bank | |
| **Account Number/CD#:** | ******5666 Checking Account | |
| **Blanket bond (per case limit):** | 5,000,000.00 | |
| **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/24/2018 | [1] | Franciso Castro 4200 N. Troy Street Chicago, IL 60618 | Settlement - Equity in 2008 Honda Pilot & 2013 Chevy Malibu per order 6/20/18 [Dkt. 22] Entire proceeds (1st installment) received applied to Honda Pilot | 1129-000 | 1,500.00 | | 1,500.00 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 1,485.00 |
| 07/11/2018 | | Franciso Castro 4200 N. Troy Street Chicago, IL 60618 | Settlement - Equity in 2008 Honda Pilot & 2013 Chevy Malibu per order dated 6/20/18 [dkt 22] | | 3,000.00 | | 4,485.00 |
| | [1] | | Portion of proceeds (2nd installment) received applied to equity in 2008 Honda Pilot                600.00 | 1129-000 | | | |
| | [2] | | Portion of proceeds (2nd installment)  received applied to equity in 2013 Chevy Malibu                2,400.00 | 1129-000 | | | |
| 07/24/2018 | [2] | Franciso Castro 4200 N. Troy Street Chicago, IL 60618 | Settlement - Equity in 2008 Honda Pilot & 2013 Chevy Malibu | 1129-000 | 500.00 | | 4,985.00 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,970.00 |
| | | | Page Subtotals | | 5,000.00 | 30.00 | |

**Exhibit 9**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **18-04427**

Case Name: **Castro, Francisco**

Taxpayer ID No: **\*\*-\*\*\*4210**

For Period Ending: **1/14/2019**

Trustee Name: **Joseph A. Baldi**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*5666 Checking Account**

Blanket bond (per case limit): **5,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/14/2018 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,250.00 | 3,720.00 |
| 11/14/2018 | 51002 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee Attorney's Fees | 3110-000 | | 1,551.00 | 2,169.00 |
| 11/14/2018 | 51003 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 4.35% to Claim #00001 | 7100-000 | | 241.81 | 1,927.19 |
| 11/14/2018 | 51004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 4.35% to Claim #00002 | 7100-000 | | 89.58 | 1,837.61 |
| 11/14/2018 | 51005 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 4.35% to Claim #00003 | 7100-000 | | 33.11 | 1,804.50 |
| 11/14/2018 | 51006 | American Express Bank FSB c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 4.35% to Claim #00004 | 7100-000 | | 37.18 | 1,767.32 |
| | | | Page Subtotals | | 0.00 | 3,202.68 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-04427 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Castro, Francisco | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5666 Checking Account |
| Taxpayer ID No: | **-***4210 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/14/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/14/2018 | 51007 | UNITED STATES DEPARTMENT OF EDUCATION CLAIMS FILING UNIT PO Box 8973 Madison, WI 53708 | Disb of 4.35% to Claim #00005 | 7100-000 | | 1,695.19 | 72.13 |
| 11/14/2018 | 51008 | Department Stores National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083 | Disb of 4.35% to Claim #00006 | 7100-000 | | 72.13 | 0.00 |

| | | Page Subtotals | 0.00 | 1,767.32 |
|---|---|---|---|---|

| | | COLUMN TOTALS | 5,000.00 | 5,000.00 |
|---|---|---|---|---|
| | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | SUBTOTALS | 5,000.00 | 5,000.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | Net | 5,000.00 | 5,000.00 |

| | |
|---|---|
| All Accounts Gross Receipts: | 5,000.00 |
| All Accounts Gross Disbursements: | 5,000.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5666 Checking Account | 5,000.00 | 5,000.00 | |
| Net Totals | 5,000.00 | 5,000.00 | 0.00 |

**Exhibit 9**